### UNITED STATES v. MORGAN.

(Circuit Court of Appeals, Eighth Circuit. February 20, 1895.)

#### No. 432.

CLERKS OF COURT—FEES—PRACTICE—VAN DUZEE v. U. S., 59 FED. 440, FOLLOWED.

Appeal from the Circuit Court of the United States for the Eastern Division of the Eastern District of Missouri.

This was a petition filed by William Morgan to recover from the United States for services rendered as clerk of a United States court. The circuit court rendering judgment for the petitioner, and defendant appealing to the circuit court of appeals, the appellee moved to dismiss the appeal. This motion was denied (12 C. C. A. 6, 64 Fed. 4), and the case was now heard on an exception to the ruling of the court below allowing fees to the appellee for making accounts of jurors for mileage and attendance.

William H. Clopton (Walter D. Coles, on the brief), for the United States.

Eleneious Smith (Joseph Dickson, on the brief), for appellee.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. The single question in this case is whether the clerk is entitled to 15 cents for making out the accounts of jurors and witnesses, in addition to 10 cents for swearing the witness or juror, and 15 cents for the jurat. It is the settled practice of the circuit court of the United States for the Eastern district of Missouri for the clerk to make out these accounts. This practice has the force and effect of a rule of court, of which this court will take judicial notice. On the authority of Van Duzee v. U. S., 59 Fed. 440, the judgment of the circuit court is affirmed.